**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TRACY ANNE BEDSAUL,<br><br>                     Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>Social Security,<br><br>                     Defendant(s). | No.  CV 09-6664-AG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATION OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered reversing and remanding this matter for further proceedings.

DATED: <u>May 31, 2011</u>                    _____

                                                            ANDREW J. GUILFORD
                                                    UNITED STATES DISTRICT JUDGE