UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRACY ANNE BEDSAUL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. CV 09-6664-AG (AGR)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings.

DATED: May 31, 2011

　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE